UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA           )
                                   )       No. 3:11-cr-00027
            v.                     )
                                   )       JUDGE TRAUGER
SHARON BREWER                      )


ORDER OF DISMISSAL

Before the Court is the Government's motion for leave of Court to dismiss the criminal

indictment against Sharon Brewer, pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure.   Leave of Court is granted, and the criminal indictment in this case is hereby

dismissed.

ORDERED this 21st day of November, 2013.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE